May 10, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

### IN THE INTEREST OF A.A.S.

NO. 14-11-00489-CV

_____

This cause, an appeal from the judgment signed February 7, 2011 denying Roger Salazar's petition for a bill of review, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Roger Salazar to pay all costs incurred in this appeal. We further order this decision certified below for observance.